UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ELIZABETH BURROWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 2:16-cv-299-WTL-MJD |
| | ) |
| NEWPORT CHEMICAL DEPOT | ) |
| REUSE AUTHORITY. | ) |
| | ) |
| Defendant. | ) |

> Approved on 10/4/2016.
> s/William T. Lawrence, Judge
> Notice via ECF

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Elizabeth Burrows, by counsel and pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice, each Party to bear their own attorneys' fees and costs.

Respectfully submitted,

*/s/ Ryan P. Sink*
Ryan P. Sink (27350-29)

FOX WILLIAMS & SINK, LLC
8465 Keystone Crossing
Suite 250
Indianapolis, IN 46240

Attorney for Plaintiff